JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AVISION TECHNOLOGY CO.**, a California corporation;<br><br>       Petitioner,<br>**vs.**<br><br>**TMAX DIGITAL, INC.**, a California corporation;<br><br>       Respondent. | Case No.: 5:24-cv-01072-SSS-SPx<br><br>**JUDGMENT**<br><br>Complaint filed: May 20, 2024<br>Default entered: July 17, 2024 |

  Petitioner AVISION TECHNOLOGY CO.'s motion for default judgment was submitted to the Court on December 2, 2024. Respondent TMAX DIGITAL, INC. failed to appear in this case.

  The Court, on January 16, 2025, having considered Petitioner AVISION TECHNOLOGY CO.'s motion for default judgment and Respondent TMAX DIGITAL, INC.'s failure to appear in this case, hereby finds that Petitioner AVISION TECHNOLOGY CO. satisfied its burden under the legal standard to confirm the June 6, 2022 arbitration award from CIETAC.

///
///

**IT IS HEREBY ORDERED THAT:**

1. The June 6, 2022 arbitration award from CIETAC in favor of AVISION TECHNOLOGY CO. against is TMAX DIGITAL, INC. is confirmed.
2. A default judgment is entered in favor of Petitioner AVISION TECHNOLOGY CO., a California corporation against Respondent TMAX DIGITAL, INC., a California corporation in the amount of $4,891,204.90.

**IT IS SO ORDERED.**

Dated: January 30, 2025

_____
HON. SUNSHINE S. SYKES
United States District Judge